# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0035. WHITAKER v. PUBLIC STORAGE.**

Damian Whitaker has filed an emergency motion to extend the time to file an application for discretionary appeal of a Fulton County State Court order granting summary judgment to Public Storage as to his counterclaim in Public Storage's dispossessory action against him.

Pursuant to Court of Appeals Rule 31, "[a]n application for discretionary appeal must generally be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed. . . ." "Any application . . . for an extension must be made before expiration of the period for filing as originally prescribed or as extended by a permissible previous order."[1]

Here, the order granting summary judgment to Public Storage on Whitaker's counterclaims was entered on October 31, 2023. Because the 30-day period for filing

---

[1] OCGA § 5-6-39 (d).

a notice of appeal or motion for discretionary application has expired, any application Whitaker might file would be untimely.[2] Accordingly, Whitaker's emergency motion is hereby denied.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* __12/04/2023__

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[2] See OCGA §§ 5-3-38 (a) (providing that a notice of appeal "shall be filed within 30 days after entry of the appealable decision or judgment complained of"); 9-11-56 (h) ("An order granting summary judgment on any issue or as to any party shall be subject to review by appeal."); 5-6-34 (a) (1) (authorizing direct appeals from final judgments of the trial court, except as provided in OCGA § 5-6-35).